# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE FOR TELEPHONE NUMBER 702-762-7459 | Case No. 2:21-mj-0345-NJK<br><br>**ORDER TO UNSEAL CASE**<br><br>(Docket No. 1) |

   Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant case is unsealed.

   **DATED** this 25th day of August, 2021.

_____
HON. NANCY J. KOPPE
United States Magistrate Judge